

**UNITED STATES** *versus* JOHN W. TOMPKINS.

JOURNAL ENTRIES: (1) Sept. 27, 1821: proceedings stayed.

PAPERS IN FILE (1820–21): (1) Precipe for capias; (2) capias and return; (3) declaration; (4) subpoena.

*File No.* . . . . *Larned Docket,* MS p. 27.

**UNITED STATES** *versus* FRANCIS DU NORD AND LOUIS LeDUC.

JOURNAL ENTRIES: (1) Sept. 27, 1821: death of one defendant suggested, proceedings stayed against said defendant, judgment against survivor.

PAPERS IN FILE (1820–22): (1) Precipe for capias; (2) capias and return; (3) declaration; (4) precipe for fi. fa; (5) writ of fi. fa. and return; (6) revenue bond.

*File No.* . . . . *Larned Docket,* MS p. 22.

**UNITED STATES** *versus* WILLIAM L. GILBERT.

JOURNAL ENTRIES: (1) Oct. 3, 1821: motion for continuance granted; (2) Oct. 4, 1821: continuance rescinded; (3) Oct. 13, 1821: continued; (4) Sept. 16, 1822: continued; (5) Sept. 20, 1823: continued; (6) Oct. 28, 1826: continued; (7) Dec. 4, 1827: stricken from docket.

PAPERS IN FILE (1819–21): (1) Collector's complaint; (2) information—collector to United States attorney; (3) precipe for process; (4) capias and return; (5) declaration; (6) subpoena.

*File No.* . . . . *Larned Docket,* MS p. 11.

**UNITED STATES** *versus* PHILLIPS WARREN.

JOURNAL ENTRIES: (1) Oct. 3, 1821: rule for special bail; (2) Oct. 13, 1821: continued; (3) Sept. 16, 1822: continued; (4) Oct. 7, 1822: venire facias ordered issued, jury impaneled, case adjourned; (5) Oct. 8, 1822: arguments heard, verdict for defendant, motion for entry of sufficient reason for instituting suit granted, attendance of witnesses proved.

PAPERS IN FILE (1820–22): (1) Letters—William Niles to collector, collector to United States attorney; (2) precipe for capias; (3) capias and return; (4) declaration, plea of nil debet; (5–6) subpoenas; (7) venire facias and return; (8) verdict.

*File No.* . . . . *Larned Docket,* MS p. 29.

**UNITED STATES** *versus* LAURENT ROLETTE.

JOURNAL ENTRIES: (1) Oct. 3, 1821: marshal ruled to bring body; (2) Oct. 13, 1821: continued; (3) Sept. 16, 1822: continued; (4) Sept. 20, 1823: